JORDAN VALLEY CLINIC; Discrimination Complaint

Now I'm in a situation were my PCP that was chosen after Dr. Elam has been discriminating towards me for years and I haven't become aware of it until now. I thought I just deserved to suffer and It was God that had forsaken me. It is now only with the love of my church family that i recognize I've been mistreated for years. With all the modern medications and specialized treatments available I should have been referred to    specialists this whole time.

Now It's up to me to start from scratch when I could have possibly returned to a normal life by now. My disability has made it impossible to live any normal life. My many health issues which include but are not limited to are 1. traumatic brain injury, 2. polycystic kidney disease with kidney stones, 3. Atrial fibrilation with episodes that feel like a heart attack, 4. Arthritis in my hips from lack of blood flowpreventing me from walking correctly 6. Diabetes, 7. PTSD post traumatic stress disorder, 8. severe depression, 9, cronic pain disorder. The combination of these several medical diagnosis' have made it impossible to perform even the easiest of daily activities both physical and psychological.    I pray the Department of Justice look in to this matter and dipose me asap.

I do not know if the person reading this has ever been desperate before. But I have internalized and to this date kept all of the negative things that are being done to me to myself. I am now beginning to speak out loud to my sunday school group and they have in return supported me and are even paying for medical care I cannot afford. For thanks to them for helping me I have agreed to do my best find help and not just curl up in bed and die.; Which is what I do on a daily basis. To the point were I can't barely walk on my own anymore.

The section 3 of the American with Disability Act ADA provides protection for me against Jordan Valley Clinics refusal to help or treat me. I have a feeling when Dani Eddings raised her hands and said    "NO ONE HERE WILL TREAT YOU"she was not speaking for anyone but her and Dr. Strong. Dr. Strong was not misunderstood either when I showed up to my appointment in July 2021. He walkied into the room with another person and I handed him a note I had written. It listed everything I had, in my complete desperation, used to try and treat my pain with only the comment PLEASE HELP ME. His response was to yell at me "i'M NOT TREATING YOUR PAIN ANY MORE".He never at or before that point would even discuss what my reasons for doing anyrhing to survive on a day by day basis. In his mind I'm sure he thought showing me his anger was enough. I wrote him that note because he refused to listen when I spoke. I have a traumatic brain injury and always thought it was my fault for not explaining things or speaking right. If he says hes not treating my pain that means he's not treating me. Pain is how my brain tells me something is wrong. For 9 years hes been my doctor and this new behaviour had only been an issue the previous few visits.    He has made it so no one else could treat me even if they wanted to. And Dani Eddings dropping me and abandoning me as a patient has made it so I cannot follow the instructions of a friend doctor from church. He's telling me to call and ask for behavorial services to get a new Primary Care Physician PCP . And Dr. strong refusing to even listen to me anymore. They are hoping I just go elsewere. Unfortunatly the slide program is the only one of it's type in the area and I have a right under section 3 of the ADA to be a patient.

I am terrified and am all alone. Dr. Strong is not refilling one of my medications. Famitodine. I can only assume it is a tactic he used on me earlier in 2021, April I think, to refill my hydrocodone. I went an entire month without it and suffered needlessly. If he had spoken to me and let me know what was going to happen if I didn't seek help for my current issue, which is being hoplessly in pain and desperate for help He wouldnt have had to abandon me in July 2021 and I wouldn't have had to suffer through the last 6 months. His refusal to treat my disability and refusal to refer me to a doctor or doctors that could have been able to offer their treatments or opinions to my care would have prevented this complaint.

For the record I would like to state I am not a man that goes running to mama for help every time I have a problem. I also do not file complaints. Especially ones that could affect another persons employment. Dr. Strong and I have maintained a working relationship for 9 years and that is no accident. He is sincere in his efforts to help people, especially baby's and children who more than not aren't able to tell him what might be wrong. It is however in my matter he is not up to date on traumatic brain injuries, effects of cronic kidney failure, cronic pain managment and his personal feelings about substance use disorders. He took my honesty and used it to coerce and injure me and then spoke about me behind my back to his collegue's about not treating me. He used blanket treatment policies, either collective or personal to treat me when I deserve paitent specific care. He stopped treating me and made sure others would not as well, while trying to keep being my doctor until I just gave up and walked away in shame. I need Jordan Valley. I'm currently going through a dental care regiment to help with the pain that is causing me. I do draw the line however at; 1.   anyone questioning my ability to manage my medication,     2. Trust in my complete honesty about anything that might interfere with my treatment. 3. And any doctors or anyone on earth that believe they are better than me. aka. THE GOD COMPLEX. Science if a fluid specialty and PCP that refuse to aknowledge another doctors opinions are not performing their duty. Between out of pocket, insurance and federal and state financial assistance I have a clean background as far as Jordan Valley and I am concerned. I have never even been rude or caused any trouble as a patient. But I am hurting so bad right now. And suddenly after proof of most of my pain issues is documented I am being segregated from other patients And Ive been placed in a catagory of distrust within the Jordan Valley community.

 I have done nothing wrong. As a matter of fact I have been commended by other healthcare workers for being so honest and forthright. I look back now at how I've been forced to walk on pins and needles with doctor Strong in total fear of losing my medications from day one.How could he ever claim to be treating me    when I am refused an opportunity to even speak before he blows up on me and abandons me with nothing. I may be the one in need as the paitent. But I am the payor of services. Life services that affect every second of every day I continued to breathe. His power and Jordan Valley's power over my welfare is absolute because I need the slide program you offer for low income people. This power is being used now to hurt me and I pray someone in the administrative offices reads this and offers me a new primary care provider with referals to an in house psychologist/psychiatrist and a qualified pain management doctor that will administer proper medications that dont discriminate against me or prevent pain medication from working by forcing me to take Suboxone which blocks pain medication. I will support any treatment or procedures my doctor believes will help me if I can afford it. But denying me treatment that works based on my disability is discrimination.

I have been referred by a doctor friend from church through his associate Dr. Lou Delcampo MD. who does pain managment injections for Jordan Valley to ask to be referred to Dr. Eric Wolfe DO.for pain managment and referral to a Dr. Dooly (sp*) for a psychiatrist.

Sincerely,

Matthew Sellman

2061 W. Bingham St.

Apt   # E206

Ozark, Mo 65721

ph. 417-942-2108

dob. August 10, 1977

   Title III of the ADA, 42 U.S.C. § 12182, and its implementing regulation, 28 C.F.R. Part 36.

ADA prohibits discrimination on the basis of disability, including HIV, in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation.   42 U.S.C. § 12182(a); 28 C.F.R. § 36.201.

January 5, 2022